UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| UNITED STATES OF AMERICA, | CASE NO.: 12CR2414-WQH |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| CHRISTIAN ARZOLA, | |
| Defendant. | |

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3583(e) and Federal Rule of Criminal Procedure 32.1(c), that *Defendant's Unopposed Motion for Early Termination of Supervised Release* (ECF No. 709) is GRANTED.

IT IS SO ORDERED.

Dated: September 26, 2019

Hon. William Q. Hayes
United States District Court